# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IRON OAK TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. | Civil Action No. 3:18-md-2835-M |
| ASUSTEK COMPUTER INC., | Civil Action No. 3:16-cv-3322-M |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | Civil Action No. 3:17-cv-1259-M |

## ORDER

Before the Court is the Joint Motion to Extend the Group Mediation Deadline. (ECF No. 51). The Motion is **GRANTED**. The new mediation deadline for the parties in the two cases referenced above is September 28, 2018.

**SO ORDERED**.

August 27, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE