# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| IRON OAK TECHNOLOGIES, LLC, <br><br> v. | Civil Action No. 3:18-md-2835-M |
|---|---|
| FUJITSU AMERICA, INC., | Civil Action No. 3:16-cv-3319-M |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC. and TOSHIBA CORPORATION, | Civil Action No. 3:16-cv-3320-M |
| ASUSTEK COMPUTER INC., | Civil Action No. 3:16-cv-3322-M |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | Civil Action No. 3:17-cv-1259-M |
| SHARP ELECTRONICS CORPORATION and SHARP CORPORATION, | Civil Action No. 3:17-cv-2699-M |
| MICROSOFT CORPORATION | Civil Action No. 3:18-cv-0222-M |
| LENOVO (UNITED STATES) INC. and LENOVO HOLDING COMPANY, INC., | Civil Action No. 3:18-cv-1539-M |
| DELL INC., | Civil Action No. 3:18-cv-1542-M |
| ACER AMERICA CORPORATION and ACER INC. | Civil Action No. 3:18-cv-1543-M |

## SEVENTH JOINT STATUS REPORT

Pursuant to this Court's July 17, 2019, Order, the parties to the above-captioned actions previously filed joint status reports on July 31, 2019, October 31, 2019, January 31, 2020, February 21, 2020 (Supplemental), April 30, 2020, July 31, 2020, and October 30, 2020. The parties, *except for Microsoft*, now jointly file this seventh joint status report apprising the Court of the status of the IPR proceedings. Microsoft was unable to provide its comments on this Joint Status Report the filing deadline. Iron Oak expects that Microsoft will file a separate status report if it *disagrees* with anything in this Joint Status report agreed to by the other parties.

Plaintiff Iron Oak is asserting that claim 1 of U.S. Patent No. 5,966,658 ("the '658 Patent") and claim 1 of U.S. Patent No. 5,699,275 ("the '275 Patent") were infringed by each of the

defendants listed above. The below table provides the status of each of the six pending IPR proceedings involving the asserted patents. In summary, all IPR proceedings except for IPR2018-00486 (filed by Unified Patents) are before the Federal Circuit. The Unified Patents IPR has been remanded to the PTAB for further proceedings before a new panel.

| Case Number | Patent | Detailed Status | Summary Status |
|---|---|---|---|
| IPR2018-00486 | '658 Patent, Claims 1, 3, 4, 8, and 11 | The final written decision finding all claims unpatentable was appealed to the Federal Circuit. On December 19, 2019, Iron Oak moved to vacate and remand the final written decision in light of *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019). On February 27, 2020, the Federal Circuit granted Iron Oak's motion to remand, and on April 20, 2020, issued the mandate to remand to the USPTO. On May 4, 2020, the USPTO issued an order, holding the case in administrative abeyance until the Supreme Court decides consolidated cases 19-1434, 19-1452, and 19-1458. Oral argument for these cases is scheduled for March 1, 2021. This IPR is pending before the USPTO with no current deadlines. | Remanded to PTAB – no current deadlines |
| IPR2018-01552 & IPR2018-01553 | '275 Patent, Claim 1 | The final written decisions were issued on February 7, 2020 in both IPRs finding claim 1 unpatentable. On April 10, 2020, Iron Oak appealed the final written decisions to the Federal Circuit. On April 17, 2020, the Federal Circuit consolidated these appeals into the appeal from IPR2019-00106. | On Appeal - active |
| IPR2018-01554 | '658 Patent, Claim 1 | The final written decision was issued on February 6, 2020 finding claim 1 unpatentable. On March 3, 2020, Iron Oak appealed the final written decision to the Federal Circuit. Oral argument is scheduled for March 5, 2021. | On Appeal - active |
| IPR2019-00106 | '275 Patent, Claim 1 | The final written decision was issued on February 7, 2020 finding claim 1 unpatentable. On April 10, 2020, Iron Oak appealed the final written decision to the Federal Circuit. On April 17, 2020, the Federal Circuit consolidated | On Appeal - active |

| Case Number | Patent | Detailed Status | Summary Status |
|---|---|---|---|
| | | the appeals from IPR2018-01552 and 2018-01553 into this appeal. Oral argument is scheduled for March 2, 2021. | |
| IPR2019-00107 | '658 Patent, Claim 1 | The final written decision was issued on April 6, 2020, finding claim 1 unpatentable. Iron Oak appealed the final written decision to the Federal Circuit on May 13, 2020. On May 21, 2020, the Federal Circuit consolidated this appeal into the appeal from IPR2018-01554. | On Appeal - active |

January 29, 2021

/s/ *Al Deaver*
Robert J. McAughan, Jr.
TX State Bar No. 00786096
bmcaughan@md-iplaw.com
Albert B. Deaver, Jr.
TX Bar No. 05703800
adeaver@md-iplaw.com
MCAUGHAN DEAVER PLLC
550 Westcott, Suite 375
Houston, Texas 77007
Tel: (713) 280-0603
Fax: (713) 280-0604

*Attorneys for Plaintiff*
*Iron Oak Technologies, LLC*

Respectfully submitted,

/s/ *Allan Soobert*
Allan M. Soobert (Pro Hac Vice)
Jeffrey A. Pade (Pro Hac Vice)
Tad Richman (Pro Hac Vice)
PAUL HASTINGS LLP
2050 M St NW NW
Washington, DC 20036
Telephone: (202) 551-1700
Fax: (202) 551-1705
allansoobert@paulhastings.com
jeffpade@paulhastings.com
tadrichman@paulhastings.com

Anthony M. Garza (Bar No. 24050644)
Steven Callahan (Bar No. 24053122)
CHARHON CALLAHAN
ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Fax: (214) 764-8392
agarza@ccrglaw.com
scallahan@ccrglaw.com

*Counsel for Defendants*
*Samsung Electronics America, Inc. and*
*Samsung Electronics Co., Ltd.*

/s/ *Vinay V. Joshi*
Vinay V. Joshi
vjoshi@atwiplaw.com
Andrew T. Oliver
aoliver@atwiplaw.com
AMIN TUROCY & WATSON LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

William D. Taylor (Bar No. 24046954)
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Drive
Arlington, TX
Telephone: (817) 483-8388
Email: wtaylor@taylorandtaylorlaw.com

*Counsel for Defendant*
*ASUSTeK Computer Inc.*


/s/ *Brian C. Claassen*
Irfan A. Lateef (*Pro Hac Vice*)
CA Bar No. 204004
2ial@knobbe.com
Brian C. Claassen (*Pro Hac Vice*)
CA Bar No. 253627
2bcc@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
TILLOTSON LAW
750 North Saint Paul, Suite 610
Dallas, TX 75201
(214) 382-3041 Telephone
(214) 501-0731 Facsimile

*Attorneys for Defendants*

*Toshiba America Information Systems, Inc. and Toshiba Corporation*

/s/ *Craig R. Kaufman*

Craig R. Kaufman (pro hac vice)
California Bar No. 159458
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133
ckaufman@tklg-llp.com

Brian Craft (Bar No. 04972020)
Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
bcraft@findlaycraft.com
efindlay@findlaycraft.com

*Counsel for Defendants Acer America Corporation and Acer Inc.*

/s/ *Hua Chen*
Hua Chen (pro hac vice)
Email: huachen@scienbizippc.com
Calvin Chai (pro hac vice)
Email: calvinchai@scienbizippc.com
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778
Facsimile: (213) 426-1788

Keana T. Taylor
State Bar of Texas No. 24042013
keanataylor@upshawpllc.com
Everett Upshaw
State Bar of Texas No. 24025690
everettupshaw@upshawpllc.com

UPSHAW PLLC
1204 Gano Street
Dallas, Texas 75215
Telephone: (972) 920-8000
Facsimile: (972) 920-8001

*ATTORNEYS FOR DEFENDANTS*
*SHARP ELECTRONICS CORPORATION AND*
*SHARP CORPORATION*


/s/ *James J. DeCarlo*
Karl G. Dial
Texas Bar No. 05800400
dialk@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
(214) 665-3600 (phone)
(214) 665-3601 (facsimile)

James J. DeCarlo (admitted *pro hac vice*)
decarloj@gtlaw.com
James L. Ryerson (admitted *pro hac vice*)
ryersonj@gtlaw.com
GREENBURG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932

*Attorneys for Defendant Fujitsu America, Inc.*


/s/ *Mark T. Garrett*
Mark T. Garrett (*pro hac vice*)
State Bar No. 24007225
Stephanie N. DeBrow
State Bar No. 24074119
James G. Warriner
State Bar No. 24070813
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mark.garrett@nortonrosefulbright.com

stephanie.debrow@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com

Brandy S. Nolan
State Bar No. 24070337
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214.855.8000
Fax: 214.855.8200
brandy.nolan@nortonrosefulbright.com

Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903.705.1117
Fax: 903.581.2543
ddacus@dacusfirm.com

John Michalik (*pro hac vice*)
Jones Day
77 W Wacker Drive
Chicago, IL 60601
Tel: 312.782.3939
Fax: 312.782.8585
jmichalik@jonesday.com

Keith Bryan Davis
Jones Day
PO Box 660623
2727 N Harwood St
Dallas, TX 75266-0623
Tel: 214.220.3939
kbdavis@jonesday.com

*COUNSEL FOR DELL INC.*


*/s/ Timothy E. Taylor*
Texas Bar No. 19723895
ttaylor@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201

(214) 922-7145 phone
(214) 292-9607 fax

Alton L. Absher, III *(pro hac application pending)*
North Carolina Bar No. 36579
aabsher@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7307 phone
(336) 734-2755 fax

Russell A. Korn *(pro hac application pending)*
Georgia Bar No. 428492
rkorn@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
(404) 745-2552 phone
(404) 393-6548 fax

Steven D. Moore *(pro hac application pending)*
California Bar No. 290875
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
(415) 273-4741 phone
(415) 651-8510 fax

Matthew J. Meyer *(pro hac application pending)*
California Bar No. 284578
mmeyer@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1080 Marsh Rd.
Menlo Park, CA 94025
(650) 324-6364 phone
(650) 618-1993 fax

*Counsel for Defendants
Lenovo (United States) Inc. and
Lenovo Holding Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Al Deaver*