## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IRON OAK TECHNOLOGIES, LLC, <br><br> v. | Civil Action No. 3:18-md-2835-M |
| FUJITSU AMERICA, INC., | Civil Action No. 3:16-cv-3319-M |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC. and TOSHIBA CORPORATION, | Civil Action No. 3:16-cv-3320-M |
| ASUSTEK COMPUTER INC., | Civil Action No. 3:16-cv-3322-M |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | Civil Action No. 3:17-cv-1259-M |
| SHARP ELECTRONICS CORPORATION and SHARP CORPORATION, | Civil Action No. 3:17-cv-2699-M |
| MICROSOFT CORPORATION | Civil Action No. 3:18-cv-0222-M |
| LENOVO (UNITED STATES) INC. and LENOVO HOLDING COMPANY, INC., | Civil Action No. 3:18-cv-1539-M |
| DELL INC., | Civil Action No. 3:18-cv-1542-M |
| ACER AMERICA CORPORATION and ACER INC. | Civil Action No. 3:18-cv-1543-M |

## JOINT MOTION TO DISMISS

The Parties to each referenced action respectfully move the Court to dismiss with prejudice each action by Iron Oak Technologies, LLC, including all claims, and to dismiss without prejudice all counterclaims and affirmative defenses of each defendant to each such actions, as allowed by Fed. R. Civ. P. 41(a)(2).

As of May 24, 2021, the Court of Appeals for the Federal Circuit affirmed the Patent Trial and Appeals Board's IPR determinations that both of the claims asserted in the

referenced actions are invalid.  The Parties therefore request this dismissal, and that each

Party bear its own costs and attorney fees.

A Proposed Order accompanies this Motion.


June 28, 2021                                            Respectfully submitted,

/s/ Al Deaver                                           /s/ Allan Soobert
Robert J. McAughan, Jr.                                 Allan M. Soobert (Pro Hac Vice)
TX State Bar No. 00786096                               Jeffrey A. Pade (Pro Hac Vice)
bmcaughan@md-iplaw.com                                  Tad Richman (Pro Hac Vice)
Albert B. Deaver, Jr.                                   PAUL HASTINGS LLP
TX Bar No. 05703800                                     2050 M St NW NW
adeaver@md-iplaw.com                                    Washington, DC 20036
MCAUGHAN DEAVER PLLC                                    Telephone:  (202) 551-1700
550 Westcott, Suite 375                                 Fax:  (202) 551-1705
Houston, Texas 77007                                    allansoobert@paulhastings.com
Tel: (713) 280-0603                                     jeffpade@paulhastings.com
Fax: (713) 280-0604                                     tadrichman@paulhastings.com

*Attorneys for Plaintiff*                               Anthony M. Garza (Bar No. 24050644)
*Iron Oak Technologies, LLC*                            Steven Callahan (Bar No. 24053122)
                                                        CHARHON CALLAHAN
                                                        ROBSON & GARZA, PLLC
                                                        3333 Lee Parkway, Suite 460
                                                        Dallas, Texas 75219
                                                        Telephone:  (214) 521-6400
                                                        Fax:  (214) 764-8392
                                                        agarza@ccrglaw.com
                                                        scallahan@ccrglaw.com

                                                        *Counsel for Defendants*
                                                        *Samsung Electronics America, Inc. and*
                                                        *Samsung Electronics Co., Ltd.*
                                                        /s/ Vinay V. Joshi
                                                        Vinay V. Joshi
                                                        vjoshi@atwiplaw.com
                                                        Daniel W. Bedell

dbedell@atwiplaw.com
AMIN TUROCY & WATSON LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

William D. Taylor (Bar No. 24046954)
Taylor & Taylor Law, P.C.
4115 Highgrove Drive
Arlington, TX
Telephone: (817) 483-8388
Email: wtaylor@taylorandtaylorlaw.com

*Counsel for Defendant*
*ASUSTeK Computer Inc.*


/s/ *Brian C. Claassen*
Irfan A. Lateef (*Pro Hac Vice*)
CA Bar No. 204004
2ial@knobbe.com
Brian C. Claassen (*Pro Hac Vice*)
CA Bar No. 253627
2bcc@knobbe.com
Josepher Li (*Pro Hac Vice*)
CA Bar No. 313018
josepher.li@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR,
LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
TILLOTSON LAW
750 North Saint Paul, Suite 610
Dallas, TX 75201
(214) 382-3041 Telephone

(214) 501-0731 Facsimile

*Attorneys for Defendants*
*Toshiba America Information Systems, Inc.*
*and Toshiba Corporation*


/s/ *Michael C. Ting*
Michael C. Ting (pro hac vice)
California Bar No. 247610
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133
mting@tklg-llp.com

Brian Craft (Bar No. 04972020)
Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
bcraft@findlaycraft.com
efindlay@findlaycraft.com

*Counsel for Defendants Acer America*
*Corporation and Acer Inc.*


/s/ *Hua Chen*
Hua Chen (pro hac vice)
Email: huachen@scienbizippc.com
Calvin Chai (pro hac vice)
Email: calvinchai@scienbizippc.com
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778
Facsimile: (213) 426-1788

Keana T. Taylor

-4-

State Bar of Texas No. 24042013
keanataylor@upshawpllc.com
Everett Upshaw
State Bar of Texas No. 24025690
everettupshaw@upshawpllc.com
UPSHAW PLLC
1204 Gano Street
Dallas, Texas 75215
Telephone: (972) 920-8000
Facsimile: (972) 920-8001

*Attorneys For Defendants*
*Sharp Electronics Corporation and Sharp*
*Corporation*


/s/ *James J. DeCarlo*
Karl G. Dial
Texas Bar No. 05800400
dialk@gtlaw.com
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
(214) 665-3600 (phone)
(214) 665-3601 (facsimile)

James J. DeCarlo (admitted *pro hac vice*)
decarloj@gtlaw.com
James L. Ryerson (admitted *pro hac vice*)
ryersonj@gtlaw.com
GREENBURG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932

*Attorneys for Defendant Fujitsu America,*
*Inc.*


/s/ *Mark T. Garrett*
Mark T. Garrett (*pro hac vice*)
State Bar No. 24007225
Stephanie N. DeBrow

-5-

State Bar No. 24074119
James G. Warriner
State Bar No. 24070813
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mark.garrett@nortonrosefulbright.com
stephanie.debrow@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com

Brandy S. Nolan
State Bar No. 24070337
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214.855.8000
Fax: 214.855.8200
brandy.nolan@nortonrosefulbright.com

Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903.705.1117
Fax: 903.581.2543
ddacus@dacusfirm.com

John Michalik (*pro hac vice*)
Jones Day
77 W Wacker Drive
Chicago, IL 60601
Tel: 312.782.3939
Fax: 312.782.8585
jmichalik@jonesday.com

Keith Bryan Davis
Jones Day
PO Box 660623
2727 N Harwood St

-6-

Dallas, TX 75266-0623
Tel: 214.220.3939
kbdavis@jonesday.com

Krista Sue Schwartz (*pro hac vice*)
Jones Day
555 California St
26th Floor
San Francisco, CA 94104
Tel: 415.875.5826
Fax: 415.875.5700
ksschwartz@jonesday.com

*Counsel For Dell Inc.*


/s/ Timothy E. Taylor
Texas Bar No. 19723895
ttaylor@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
(214) 922-7145 phone
(214) 292-9607 fax

Alton L. Absher, III *(pro hac application pending)*
North Carolina Bar No. 36579
aabsher@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC  27101
(336) 607-7307 phone
(336) 734-2755 fax

Russell A. Korn *(pro hac application pending)*
Georgia Bar No. 428492
rkorn@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia  30309
(404) 745-2552 phone

-7-

(404) 393-6548 fax

Steven D. Moore *(pro hac application pending)*
California Bar No. 290875
smoore@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
(415) 273-4741 phone
(415) 651-8510 fax

Matthew J. Meyer *(pro hac application pending)*
California Bar No. 284578
mmeyer@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1080 Marsh Rd.
Menlo Park, CA 94025
(650) 324-6364 phone
(650) 618-1993 fax

*Counsel for Defendants
Lenovo (United States) Inc. and
Lenovo Holding Company, Inc.*

*/s/ Kelley Conaty*
Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL  60603
(312) 853-7000

Michael J. Bettinger (*pro hac vice*)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200

Kelley A. Conaty
kconaty@sidley.com

SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
(214) 981-3300

*Counsel for Defendant Microsoft*
*Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service of such filing to all counsel of record.

/s/ *Al Deaver*