IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IRON OAK TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v. | Civil Action No. 3:18-md-2835-M |
| FUJITSU AMERICA, INC., | Civil Action No. 3:16-cv-3319-M |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC. and TOSHIBA CORPORATION, | Civil Action No. 3:16-cv-3320-M |
| ASUSTEK COMPUTER INC., | Civil Action No. 3:16-cv-3322-M |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | Civil Action No. 3:17-cv-1259-M |
| SHARP ELECTRONICS CORPORATION and SHARP CORPORATION, | Civil Action No. 3:17-cv-2699-M |
| MICROSOFT CORPORATION, | Civil Action No. 3:18-cv-0222-M |
| LENOVO (UNITED STATES) INC. and LENOVO HOLDING COMPANY, INC., | Civil Action No. 3:18-cv-1539-M |
| DELL INC., | Civil Action No. 3:18-cv-1542-M |
| ACER AMERICA CORPORATION and ACER INC. | Civil Action No. 3:18-cv-1543-M |

**ORDER**

Before the Court, in each above-listed action, is the Parties' Joint Motion to Dismiss. The Motion is GRANTED. Every action by Iron Oak Technologies, LLC is DISMISSED with prejudice, and each defendant's counterclaims and affirmative defenses to such actions are DISMISSED without prejudice. Each Party shall bear its own costs and attorney fees incurred in the associated action.

1

**SO ORDERED**.

June 29, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE